UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THOMAS HORNE,

    Plaintiff,

vs.     Case No. 3:05-cv-343-J-HTS

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant.

## O R D E R

Plaintiff's Uncontested Petition for Award of Attorney Fees Under the Equal Access to Justice Act (Doc. #15; Petition) was filed on February 17, 2006. It is represented Defendant has no objection to the amount sought in the Petition. Petition ¶ 6.

A total of 9.5 hours were expended in the representation of Plaintiff. *Id.* ¶ 8; *see also* Itemization of Time Social Security Claim, attached to the Petition. Plaintiff seeks a total payment of $1,425.00 in fees, Petition ¶ 9, and $250.00 in costs. *Id.* ¶ 10. This is based on an hourly rate of $150.00. *Id.* ¶ 7.

Having reviewed the Petition and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Thus, in light of the parties'

agreement, Plaintiff may reasonably be awarded $1,425.00 in attorney fees and $250.00 in costs.[1]

Accordingly, the Petition (Doc. #15), is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $1,425.00 and costs of $250.00.

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of February, 2006.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    pro se parties, if any

---

[1] It is noted the total fee sought by Plaintiff is less than the amount allowed under the Equal Access to Justice Act, 28 U.S.C. § 2412, accounting for adjustments due to an increase in the cost of living. See id. § 2412(d)(2)(A). For the purpose of determining the rate of inflation, the Court viewed http://data.bls.gov/cgi-bin/cpicalc.pl (last visited February 21, 2006).

-2-